**Meryl I. TWYMAN, Respondent,**

v.

**Terrance L. TWYMAN, Appellant.**

**No. WD 39355.**

Missouri Court of Appeals, Western District.

Dec. 15, 1987.

Robert Wheeler, Keytesville, for appellant.

David A. McAllister, Brunswick, for respondent.

Before CLARK, P.J., and TURNAGE and MANFORD, JJ.

### ORDER

PER CURIAM.

Appeal from denial of motion to modify dissolution decree.

Affirmed. Rule 84.16(b).